## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**NORMAN SMITH on the behalf of the estate
of Antonio J. Smith,**

     **Plaintiff,**

**v.**                                                                    **Case No. 2:20-cv-02086-JTF-dkv**

**CITY OF MEMPHIS; MEMPHIS POLICE
DEPT.; and MICHAEL RILLING substituting
For both JOHN DOE officers individually
and in their official capacities,**

     **Defendants.**

# JUDGMENT

Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order Adopting the Magistrate Judge's Report and Recommendation, entered by this Court on September 8, 2020.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                        THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE                               CLERK

September 8, 2020                                           s/Benjamin D. Hargrove
DATE                                                       (BY) LAW CLERK